FUERZA IMMIGRATION LAWYERS LLP
KEVIN M. CRABTREE (SBN 238162)
*kevin@fuerzalawyers.com*
428 13th Street, 6th Floor
Oakland, CA  94612
Tel. 510-834-1288
Fax 510-834-0431

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| DAMDINSUREN GALDANDEMBEREL, a.k.a. DAMDINSUREN TSERENNADAMIN, <br><br>　　　　　Plaintiff, <br><br>　　　　　v. <br><br>TRACY RENAUD, Acting Director, U.S. Citizenship and Immigration Services <br><br>LAURA B. ZUCHOWSKI, Director, Vermont Service Center, United States Citizenship and Immigration Services; <br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security; <br><br>　　　　　Defendants. | No. 21-cv-3851 EMC <br><br> Agency Nos. A 099-328-703 and A 212-926-677 <br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff hereby voluntarily dismisses this action without prejudice pursuant to FRCP 41(a).  Defendants have not filed an answer or motion for summary judgment.  USCIS has approved the employment authorization application and thus this action is moot.

Dated: September 23, 2021

Respectfully submitted,

**FUERZA IMMIGRATION LAWYERS LLP**

/s/ Kevin M. Crabtree

_____
KEVIN M. CRABTREE (SBN 238162)
kevin@fuerzalawyers.com
428 13th Street, 6th Floor
Oakland, CA  94612
Tel. 510-834-1288
Fax 510-834-0431

Attorney for Plaintiff



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA